**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHERRY FRIASON**                                                                               **PLAINTIFF**

**VS.**                                                   **CASE NO.  3:07CV00146**

**CRITTENDEN COUNTY, ARKANSAS,
MELTON HOLT, in his Official Capacity
as County Judge and personally; RICHARD BUSBY,
in his Official and personal capacity as Sheriff of
Crittenden County Arkansas; LEROY TURNER, JR.,
Individually and in his Official Capacity as Jailer
in the Crittenden County Jail;
CRITTENDEN COUNTY QUORUM COURT,
JACK MOTEN, ALBERT MARCONI, ETHEL PRATT,
JOHN THOMAS, JR., THOMAS BURROUGHS,
L.D. CALLAN, CHUCK FARR, JOE MAROTTI,
ERIC COX, JAMES FRALEY, WOODY WHEELESS,
VERA SIMONETTI, and DARRICK HANDY
in their Official and Personal Capacities**                              **DEFENDANTS**

**ORDER**

     Pending is Defendants' motion to dismiss.  (Docket # 3).  Plaintiff has responded and has

no objection to the dismissal of Separate Defendant Crittenden County Quorum Court "so long

as the parties specifically understand that all officials are sued in their official and individual

capacity."  Accordingly, Defendants' motion to dismiss is GRANTED. Separate Defendant

Crittenden County Quorum Court is hereby dismissed.

     IT IS SO ORDERED this 22nd day of October, 2007.

 

 

                                           _____
                                           James M. Moody
                                         United States District Judge